UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00214 |
| Plaintiff, | OPINION & ORDER |
|  | [Resolving Doc. 1264] |
| v. |  |
| JAMES M. GRIFFIN, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Defendant James M. Griffin moves the Court to alter or amend its previous judgment denying Griffin's motion for compassionate release.[1]

Under Federal Rule of Civil Procedure 59(e), a court may alter or amend its prior judgment if: (1) there was "a clear error of law," (2) there is "newly discovered evidence," (3) there has been "an intervening change in controlling law," or (4) it is necessary "to prevent manifest injustice."[2]

None of the above factors exist in this case. In its previous opinion, the Court correctly stated the current law surrounding compassionate release and applied it properly. Likewise, Griffin does not identify any "newly discovered evidence" that would support a sentence reduction.

---

[1] Doc. 1264. The Court denied Griffin's compassionate release motion on June 2, 2021. *See* Doc. 1247.
[2] *Phoenix Process Equip. Co. v. Capital Equip. & Trading Corp.*, 250 F. Supp. 3d 296, 299 (W.D. Ky. 2017).

Case No. 1:14-cr-00214
GWIN, J.

Accordingly, the Court **DENIES** Griffin's motion for the Court to alter or amend its judgment.

IT IS SO ORDERED.

Dated: June 25, 2021 
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE